**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LARRY JESUS CANARIO ESCOBAR**, <br><br> Petitioner, <br><br> *v.* <br><br> **BRIAN MCSHANE, et al**., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-2257-KSM** |

## ORDER

**AND NOW**, this 8th day of April, 2026, the Court having reviewed the Petition for Writ of Habeas Corpus (Doc. No. 1) and found that it raises substantive issues that have merit, and further, finding that time may be of the essence and justifying action by the Court, it is **ORDERED** that Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from the Eastern District of Pennsylvania pending further Order of this Court.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.